No. 357. STEFFLER *v.* UNITED STATES. November 6, 1944.

No. 361. CAFFEY, JUDGE, ET AL. *v.* UNITED STATES. November 6, 1944.

No. 98. ROXBOROUGH *v.* MICHIGAN. November 13, 1944.

No. 99. WATSON *v.* MICHIGAN. November 13, 1944.

No. 248. MASON *v.* WEBB, SUPERINTENDENT. November 13, 1944.

No. 281. SANDBERG ET AL. *v.* NEW ENGLAND NOVELTY Co., INC. November 13, 1944.

No. 291. HERRON *v.* STATE BAR OF CALIFORNIA. November 13, 1944.

No. 321. SHREVEPORT ENGRAVING Co., INC. *v.* UNITED STATES. November 13, 1944.

No. 374. MIMEE *v.* CALIFORNIA. November 13, 1944.

No. —. EX PARTE RAYMOND MIMEE. November 13, 1944.

No. 385. J. L. BRANDEIS & SONS *v.* NATIONAL LABOR RELATIONS BOARD. November 13, 1944.